UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR07-5609FDB |
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| LUIS FARIAS MENDOZA, | |
| Defendant. | |

THIS MATTER comes before the Court on motion of the United States for entry of a Final Order of Forfeiture with respect to the following real property to the United States of America:

> Real property commonly known as 2727 Aberdeen Avenue, Hoquiam, Washington, Grays Harbor County Parcel #055204401800, together with its Buildings, Improvements, Appurtenances, Fixtures, Attachments, and Easements, more particularly described as:
>
> ONTARIO LOT 18, BLOCK 44, GRAYS HARBOR COUNTY, WASHINGTON.

The asset was subject to forfeiture pursuant to Title 21, United States Code, Section 853, based on Luis Farias Mendoza's guilty plea to Distribution of Methamphetamine, as charged in Count 10 of the Indictment, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2, and his agreement to forfeit this property.

///

FINAL ORDER OF FORFEITURE- 1
U.S. v. Luis Farias Mendoza, Case No.: CR07-5609FDB

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1    Pursuant to Title 21, United States Code, Section 853, the United States published
2 notice in the <u>Daily Journal of Commerce</u> on May 23, May 30, and June 6, 2008, of the
3 Preliminary Order of Forfeiture and of the intent of the United States to dispose of the
4 above-listed property in accordance with law.  This notice further stated that any person
5 other than the defendant having or claiming an interest in the above-listed property was
6 required to file a petition with the Court within thirty (30) days of the final publication of
7 the notice or personal receipt of notice, whichever is earlier, setting forth the nature of the
8 petitioner's right, title and interest in the property.

9    On May 9, 2008, the United States served notice, via certified mail, return receipt
10 requested, to Karen J. Powers of the intent of the United States to forfeit the asset listed in
11 the Notice of Publication in the criminal case filed against Luis Farias Mendoza.

12    Notice was also served on Don Bell, III, who filed a third party petition in this
13 action on June 12, 2008. The United States opposed Claimant Bell's Petition and a
14 hearing on the Third Party Petition was held on November 20, 2008.  On December 2,
15 2008, the Court entered Findings of Fact and Conclusions of Law denying the Petition of
16 Don Bell, III, and finding that Karen J. Powers had been timely served with notice of this
17 action, had failed to appear, and that the time for doing so had expired.  No other
18 petitioners or claimants have come forth to assert an interest in the forfeited property.
19 Accordingly,

20    IT IS ORDERED, ADJUDGED and DECREED that the following real property
21 forfeited by Luis Farias Mendoza is hereby fully and finally condemned and forfeited to
22 the United States in its entirety:

23    a.    Real property commonly known as 2727 Aberdeen Avenue, Hoquiam, Washington, Grays Harbor County Parcel #055204401800, together with its Buildings, Improvements, Appurtenances, Fixtures, Attachments, and Easements, more particularly described as:

26        ONTARIO LOT 18, BLOCK 44, GRAYS HARBOR COUNTY, WASHINGTON.

28 //

FINAL ORDER OF FORFEITURE- 2
U.S. v. Luis Farias Mendoza, Case No.: CR07-5609FDB

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

The United States Marshals Service is authorized to dispose of the above-listed property in accordance with the law.

The Clerk of the Court is hereby directed to send a copy of this Final Order of Forfeiture to all counsel of record and to send three (3) "raised seal" certified copies to the United States Marshals Service in Seattle, Washington.

DATED this 13th day of February, 2009.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

 s/Richard E. Cohen
RICHARD E. COHEN
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-2242
206-553-6934 (fax)
Richard.E.Cohen@usdoj.gov

FINAL ORDER OF FORFEITURE- 3
U.S. v. Luis Farias Mendoza, Case No.: CR07-5609FDB

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970